**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6628**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LOMUS GRACE,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Richard L. Williams, Senior District Judge, sitting by designation. (CR-94-109-V, CA-97-240-3-V)

_____

Submitted:  August 23, 2001          Decided:  August 30, 2001

_____

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Lomus Grace, Appellant Pro Se.  Robert Jack Higdon, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lomus Grace appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Grace, Nos. CR-94-109-V; CA-97-240-3-V (W.D.N.C. filed May 28, 1999; entered June 1, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED